FILED

06/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0558

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0558

_____

RYAN PATRICK SULLIVAN,

     Petitioner and Appellant,

v.

STATE OF MONTANA,

     Respondent and Appellee.

O R D E R

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to Ryan Patrick Sullivan, to all counsel of record, and to the Honorable Michael G. Moses, District Judge.

For the Court,

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
June 9 2021